UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE WALKER,<br><br>               Plaintiff,<br><br>   v.<br><br>HOWARD,<br><br>               Defendant. | Case No.: 1:22-cv-00332-JLT-CDB<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE WAIVER OF SERVICE AND TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 20) |

Plaintiff Marquise Walker is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 6, 2024, the California Department of Corrections and Rehabilitation (CDCR) filed its Notice of E-Service Waiver, indicating Defendant Maurice Howard intended to waive personal service. (Doc. 19.) Defendant's waiver was due within 30 days. (*Id*.)

On June 5, 2024, Deputy Attorney General Molly Christ, specially appearing on behalf of Defendant Howard, filed a Request for Extension of Time to File Waiver of Service of Process and Responsive Pleading. (Doc. 20.) Counsel declares an extension of time is necessary to determine whether the Attorney General's Office (AGO) can represent Howard, making it inappropriate to file a waiver of service on his behalf at this time. (*Id*. at 3, ¶ 4.) Counsel states she believes a 30-day extension of time will allow for a determination of whether the AGO will undertake Howard's representation. (*Id.*) Further, counsel requests an extension to and including

August 4, 2024, within which to respond to Plaintiff's complaint. (*Id.* at 3, ¶ 6.) Such an extension would allow counsel to complete her review of the file, receive and review CDCR documents, determine a course of action, and prepare and file a responsive pleading. (*Id.*) Counsel declares extending these deadlines will not prejudice Plaintiff or significantly impact progress in this action. (*Id.* at 3, ¶ 7.)

Good cause appearing, **IT IS HEREBY ORDERED** that:

1. The request for an extension of time within which to file a waiver of service of process is **GRANTED**. A waiver of service **SHALL** be filed **no later than July 5, 2024**;

2. The request for an extension of time within which to file a responsive pleading is **GRANTED**. Defendant **SHALL** file a responsive pleading **no later than August 4, 2024**;

3. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated:   **June 6, 2024**

UNITED STATES MAGISTRATE JUDGE

2